THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* CHARLES T. MCKENZIE, Appellant.

*Crimes — libel — judgment of conviction affirmed.*

*People* v. *McKenzie,* 217 App. Div. 754, affirmed.

(Argued September 30, 1926; decided October 19, 1926.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered June 1, 1926, which affirmed a judgment of the
Orange County Court rendered upon a verdict convicting
the defendant of the crime of libel.

*Henry Hirschberg* for appellant.

*Elmer H. Lemon* for respondent.

Judgment affirmed; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaugh-
lin, Crane, Andrews and Lehman, JJ.